In the Matter of KUBA BROWN, as President of Local 94-94A-94B, International Union of Operating Engineers, AFL-CIO, Appellant, v JOHN C. LIU, as Comptroller of the City of New York, Respondent.

Submitted June 25, 2012; decided September 6, 2012

Motion by Service Employees International Union, Local 32BJ, for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.

In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted June 18, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

JULIE ANN CHANG, Respondent, v YU-JEN CHANG, Appellant.

Submitted June 25, 2012; decided September 6, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of LINDWOOD COLLINS, Appellant, v BRIAN S. FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted June 25, 2012; decided September 6, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 803 (2012)].